```
United States District Court
Southern District of Texas
        ENTERED
      SEP 0 1 1998
  Michael N. Milby, Clerk of Court
  By Deputy Clerk _____
```

```
United States District Court
Southern District of Texas
        FILED
      AUG 2 8 1998
  Michael N. Milby, Clerk of Court
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IRMA MARTINEZ                    *

VS.                              *   C.A. NO.  B-97-281   (HGT)
                                     (#6)
WAL MART STORES, INC.            *

## ORDER GRANTING MOTION
## FOR EXTENSION OF DOCKET DATES

On this day came on to be considered **a motion for extension of docket dates** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by __October 20, 1998__. If additional time is required, a motion requesting such extension must be filed no later than __N/A__. Failure to file such motion shall conclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than __November 19, 1998__:

    (a) the nature of the case;
    (b) contentions of the parties;
    (c) stipulations;
    (d) specific issues of fact, as they are submitted to the jury;
    (e) issues of law, if any;
    (f) list of all pending motions;
    (g) approximate duration of trial; and
    (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) (a) Plaintiff/s shall designate expert witnesses, if applicable, by _____.
    (b) Defendant/s shall designate expert witnesses, if applicable, by _____.

(4) A final pretrial and settlement conference be set for __December 11, 1998 @ 10:00 a.m.__

(5) Trial on the merits be set for __January 1999__, docket call.

DONE at Brownsville, Texas, on __August 28, 1998__.


_____
Fidencio G. Garza, Jr.
United States Magistrate Judge