8

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*Lama Martinez*  §
                 §
versus           §         
                 §              United States District Court
                 §              Southern District of Texas
                 §                        FILED
                 §
                 §              SEP 01 1998
                 §
                 §              Michael N. Milby
                 §              Clerk of Court
*Wal Mart Stores, Inc*  §      CIVIL ACTION  B 97-281
                 §
                 §
                 §              United States District Court
                 §              Southern District of Texas
                 §                     ENTERED
                 §
                                SEP 03 1998

### Order

Michael N. Milby, Clerk of Court
By Deputy Clerk

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge