UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 1 8 1998

Michael N. Milby
Clerk of Court

Vilma Martinez  §
§
*versus*  §  CIVIL ACTION B-97-281
§
Wal Mart Stores, Inc  §
§

## Order Setting Conference

United States District Court
Southern District of Texas
ENTERED

SEP 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

1.  A pre-trial conference will be held on:

    __November 24__, 1998

    at __10:00__ __A__.m.

    in Judge Tagle's Chambers
    United States Court House
    500 East Tenth Street, Room 428
    Brownsville, Texas 78521.

2.  Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.  The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

4.  For the convenience of out-of-town counsel, the court will allow them to participate by telephone. Make this request to the case manager in writing well in advance of the conference date. No confirmation will be made, and the court will initiate the call.

Signed on __September 18__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
ptrlcnfddl.