10

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Irma Martinez

*versus*

Wal Mart Stores, Inc.

§ § § § § § §

CIVIL ACTION B-97-281

United States District Court
Southern District of Texas
ENTERED

NOV 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk ~~[signature]~~

## Order Resetting Conference

The pretrial conference set __11-24-98__, has been reset to:

__3-1-99__,

at __1:30 p__.m.

Signed on __November 20__, 1998, at Brownsville, Texas.

Jury Selection: 3-8-99

_____
Hilda G. Tagle
United States District Judge

*o.*
*updateddl.*