*11*

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Martinez §
versus §
§
Wal Mart Stores, Inc. §
§

CIVIL ACTION 97cv281

United States District Court
Southern District of Texas
ENTERED
NOV 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Amended Order Resetting Conference

The ~~pretrial~~ final conference set __11-24-98__, has been reset to: __3-4-99__,

at __1:30__ .m.

Signed on __November 23__, 1998, at Brownsville, Texas.

Jury Selection: 3-8-99

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.