13

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IRMA MARTINEZ | § § § | |
| vs. | § | CIVIL ACTION NO. B-97-281 |
| | § § | |
| WAL-MART STORES, INC. | § | |

## ORDER GRANTING UNOPPOSED MOTION
## FOR LEAVE TO AMEND JOINT PRE-TRIAL ORDER

On this the ___9___ day of ___Feb___, 1999, the Unopposed Motion for Leave to Amend Joint Pre-Trial Order having been presented to the Court and the Court being of the opinion that same be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Unopposed Motion for Leave to Amend Joint Pre-Trial Order is hereby granted and that Plaintiff be allowed to file Plaintiff's Amended Motion In Limine, Plaintiff's Amended Exhibit List, and Plaintiff's Amended Witness List sections of the Joint Pre-Trial Order.

SIGNED FOR ENTRY this ___9___ day of ___Feb___, 1999.

_____
JUDGE PRESIDING