42

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IRMA MARTINEZ | § § § | |
| vs. | § § | CIVIL ACTION NO. B-97-281 |
| WAL-MART STORES, INC. | § § § | |

## ORDER GRANTING MOTION TO APPEAR AS CO-COUNSEL

On this the 15 day of March, 1999, the Motion to Appear as Co-Counsel having been presented to the Court and the Court being of the opinion that same be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motion to Appear as Co-Counsel is hereby granted and that Daniel Ramirez be allowed to appear as co-counsel in the representation of the Plaintiff in this case.

SIGNED FOR ENTRY this 15 day of March, 1999.

_____
U.S. DISTRICT JUDGE

ORDER GRANTING MOTION TO APPEAR AS CO-COUNSEL

Solo Page

TOTAL P.04