43

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 15 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IRMA MARTINEZ | § § § | |
| vs. | § | CIVIL ACTION NO. B-97-281 |
| | § § § | |
| WAL-MART STORES, INC. | § | |

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

On this the __15__ day of __March__, 1999, PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT having been presented to the Court and the Court being of the opinion that same be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT is hereby granted and that PLAINTIFF be allowed to file PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT.

SIGNED FOR ENTRY this __15__ day of __March__, 1999.

_____
UNITED STATES DISTRICT JUDGE