55

Cb5PDF - www.fastio.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**MAR 26 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **IRMA MARTINEZ, An Individual** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-97-281** |
| | § | |
| | § | |
| **WAL-MART STORES, INC.** | § | |
| **Defendant** | § | |

## J U D G M E N T

BE IT REMEMBERED that on the 16th day of March, 1999, came on to be heard

the above entitled and numbered cause, wherein IRMA MARTINEZ is the Plaintiff and

WAL-MART STORES, INC. is the Defendant, and came all the parties in person and by

and through their respective attorneys of record and announced ready for trial; and a

jury fee having been paid, a jury of seven (7) persons was duly impaneled and sworn,

and the jury having heard the evidence and argument of counsel, and in response to

special issue, definitions, and explanatory instructions submitted to them by the Court,

did on the 16th day of March, 1999, by a vote of seven (7) jurors, made findings,

which findings were received by the Court and were filed and entered of record on the

Minutes of such Court; whereupon the Court having heard and considered a motion

for judgment and such additional considerations and findings as were authorized by

law, the Court was of the opinion that Judgment should be rendered as follows.  It is,

therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff, IRMA MARTINEZ, take

nothing by reason of suit against Defendant, WAL-MART STORES, INC., and that said Defendant be discharged and stand fully released, discharged and acquitted.

It is further, DECREED that costs of court herein are taxed against the parties incurring same.

This judgment is to be considered final for all intents and purposes.

SIGNED this _____ day of _____, 1999.

_____
JUDGE PRESIDING


APPROVED AS TO FORM:

LAW OFFICE OF FRANK COSTILLA
5 East Elizabeth Street
P. O. Drawer 4417
Brownsville, Texas 78520

_____
FRANK COSTILLA
SBOT:


**DRABEK & ASSOCIATES**
718 E. Harrison
Harlingen, Texas 78550

_____
Jaime A. Drabek
SBOT: 06102410